AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
OCT 3 1 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CRUZ, Kimberly | ) | Case No. DR:19-9125M-01 |
| 7/7/1988 | ) | |
| San Antonio, TX | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10-29-2019__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1001 (a)(2) | makes any materially false, fictitious, or fraudulent statement or representation |

This criminal complaint is based on these facts:

On October 29, 2019, Homeland Security Investigations (HSI) Eagle Pass Special Agents (SAs) arrested Kimberly Ann CRUZ for violating 18 USC 1001, making false statements. CRUZ was encountered by US Customs and Border Protection Officers (CBPOs) at the Eagle Pass Port of Entry #1 when CRUZ requested humanitarian paroles for five (5) Mexican Nationals. According to CBPOs, CRUZ identified herself as working as an Immigration and Customs Enforcement (ICE) Enforcement and Removal Office (ERO) employee and stated she would be transporting the 5 subjects to the US Citizenship and Immigration Service (USCIS) office in San Antonio, Texas. Through investigation, SAs concluded the 5 subjects were going to be transported to family members waiting in San Antonio and CRUZ was not a federal employee, nor working on behalf of a federal agency. The preliminary findings were relayed to Assistant United States Attorney (AUSA) Jody Gilzene, who accepted prosecution on CRUZ.

☐ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Matthew Peele
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/31/2019__

_____
Judge's signature

City and state: __Del Rio, Texas__

United States Magistrate Judge
Printed name and title

**Victor Roberto Garcia**
**U.S. Magistrate Judge**